No. 9399.

BECKER v. EMERSON-BRANTINGHAM IMPLEMENT COMPANY.

*Error to Logan District Court.*

*Hon. H. P. Burke, Judge.*

Messrs. McCONLEY & McCONLEY, for plaintiff in Error.

Mr. FRANK L. GRANT, for defendant in error.

Opinion *per curiam.*

This action was brought by the plaintiff in error in the district court of Logan county to have set aside and held for naught, a judgment rendered against him in the district court of the City and County of Denver, upon a promissory note and to recover $3,000.00, alleged damages growing out of the transaction in which the note was given. Upon trial to the court, the action was dismissed at the cost of the defendant.

Perceiving no prejudicial error, the application for supersedeas will be denied and the judgment affirmed.

Supersedeas denied: *Judgment affirmed.*

Department three.

---

No. 8463.

McPHEE, ET AL. v. THE UNITED STATES OF AMERICA.

*Error to Montrose District Court, Hon. Thomas J. Black, Judge.*

Messrs. DINES, DINES & HOLME and Mr. K. B. TOWNSEND, for plaintiffs in error.

Mr. HARRY B. TEDROW Mr. FRANK HALL, Mr. JAMES B. ALEXANDER, Messrs. MORRIS & GRANT, Messrs. SMITH, BROCK & FERGUSON, Mr. R. F. ARMSTRONG, Mr. RAYMOND J. McPHEE, Messrs. CATLIN & BLAKE, Messrs. SHERMAN & SHERMAN, for defendants in error.

Mr. Justice White delivered the opinion of the court:

Each party to this case is a party, either as Plaintiff in Error or Defendant in Error, to Case No. 8434, which has just been determined.

The controlling facts of the cases are identical and constituted but one case in the trial court. After judgment in this Court the cases were consolidated. The opinion in No. 8434 determines the questions in this case and the same orders there entered will be entered here.

*Judgment affirmed in part and reversed in part.*

Chief Justice Hill and Mr. Justice Bailey *concurring.*